| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) CARTER, GENE | 2. Court or Organization U.S. DISTRICT COURT (MAINE) | 3. Date of Report 5/2/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 156 FEDERAL STREET PORTLAND, MAINE 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 6 10:31 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

✔ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

✔ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ** NOTHING TO REPORT ** | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 5/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Maine Health & Higher Education FAC | A | Interest | K | T | redemption | 7/01 | J | B | |
| 2. US Gov't Treasury Notes - Maturing 11/15/05 - 11/15/15 | A | Interest | L | T | partial sale | 5/13 | L | E | |
| 3. Royce-Micro-Cap. Realty Trust, Inc. | A | Dividend | K | T | partial sale | 11/01 | J | C | |
| 4. Berkshire Hathaway Cl. B | A | Dividend | J | T | partial sale | 1/09 | J | B | |
| 5. U.S. Govt Treasury Notes Maturing 11/15/22 | A | Interest | K | T | | | | | |
| 6. Davis NY Venture Fund Class A | A | Dividend | L | T | partial Sale | 11/01 | J | A | |
| 7. Strategic Global Income Fund | A | Dividend | J | T | partial sale | 11/05 | J | A | |
| 8. Strategic Global Income Fund | A | Divident | J | T | sale | 11/01 | K | D | |
| 9. Royce Value Trust Inc. | B | Dividend | K | T | partial sale | 11/01 | J | B | |
| 10. Royce Value Trust Inc. | B | Dividend | K | T | partial sale | 7/09 | J | B | |
| 11. American Balanced Fund | B | Dividend | K | T | | | | | |
| 12. American Balanced Fund | J | Dividend | J | T | buy | 1/07 | J | | |
| 13. American Balanced Fund | J | Dividend | J | T | Buy | 2/12 | J | | |
| 14. American Balanced Fund | J | Dividend | J | T | Buy | 3/15 | J | | |
| 15. American Balanced Fund | J | Dividend | J | T | Buy | 4/14 | J | | |
| 16. American Balanced Fund | J | Dividend | J | T | Buy | 4/20 | J | | |
| 17. American Balanced Fund | J | Dividend | J | T | Buy | 5/07 | J | | |
| 18. American Balanced Fund | J | Dividend | J | T | Buy | 7/14 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 5/2/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. American Balanced Fund | J | Dividend | J | T | Buy | 8/06 | J | | |
| 20. American Balanced Fund | J | Dividend | J | T | Buy | 9/21 | J | | |
| 21. American Balanced Fund | J | Dividend | J | T | Buy | 10/21 | J | | |
| 22. American Balanced Fund | J | Dividend | J | T | Buy | 11/05 | J | | |
| 23. American Balanced Fund | J | Dividend | J | T | Buy | 12/10 | J | | |
| 24. Hartford Capital Appreciation Fund | B | Dividend | K | T | Sale | 1/09 | J | C | |
| 25. Newmont Mining Co. | A | Dividend | K | T | | | | | |
| 26. Duke Realty Inc. | C | Dividend | J | T | | | | | |
| 27. Fording CDM Coal Trust | D | Dividend | J | T | partial sale | 1/09 | J | A | |
| 28. Enerplus Resources | D | Dividend | J | T | sale | 5/13 | J | C | |
| 29. Kinder Morgan Energy | C | Dividend | J | T | | | | | |
| 30. Pengrowth Energy Trust | D | Dividend | J | T | sale | 5/13 | J | C | |
| 31. Duke Realty Corp. | D | Dividend | J | T | | | | | |
| 32. Pimco Corporate Opportunity Fund | E | Dividend | K | T | | | | | |
| 33. First Eagle Gold Fund | E | Dividend | K | T | | | | | |
| 34. FPA Capital Fund | E | Dividend | K | T | | | | | |
| 35. Hartford Capital Appreciation Fund | E | Dividend | K | T | | | | | |
| 36. Oakmark Fund Class 1 | E | Dividend | K | T | partial sale | 11/01 | J | A | |

| 1 Income/Gain Codes: | A | $1,000 or less | B | $1,001-$2,500 | C | $2,501-$5,000 | D | $5,001-$15,000 | E | $15,001-$50,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| (See Columns B1 and D4) | F | $50,001-$100,000 | G | $100,001-$1,000,000 | H1 | $1,000,001-$5,000,000 | H2 | More than $5,000,000 | | |
| 2 Value Codes: | J | $15,000 or less | K | $15,001-$50,000 | L | $50,001-$100,000 | M | $100,001-$250,000 | | |
| (See Columns C1 and D3) | N | $250,000-$500,000 | O | $500,001-$1,000,000 | P1 | $1,000,001-$5,000,000 | P2 | $5,000,001-$25,000,000 | | |
| | P3 | $25,000,001-$50,000,000 | | | P4 | $More than $50,000,000 | | | | |
| 3 Value Method Codes: | Q | Appraisal | R | Cost (Real Estate Only) | S | Assessment | T | Cash/Market | | |
| (See Column C2) | U | Book Value | V | Other | W | Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 5/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Third Avenue Value Fund | E | Dividend | K | T | partial sale | 11/01 | J | A | |
| 38. Ace Limited Bermuda | B | Dividend | J | T | | | | | |
| 39. Becton Dickson | B | Dividend | J | T | | | | | |
| 40. Dineen Energy Corp. | B | Dividend | J | T | | | | | |
| 41. HCA Inc. | B | Dividend | J | T | | | | | |
| 42. Timberwest Forest CRP Stapled | B | Dividend | J | T | | | | | |
| 43. Aberdeen Asia Pac. Income Fund | K | Dividend | K | T | buy | 11/01 | K | | |
| 44. Petroleum Basileiro | J | Dividend | J | T | buy | 5/13 | J | | |
| 45. Newmont Mining Corp. | J | Dividend | J | T | buy | 5/13 | | | |
| 46. Gold Corp. Inc New | J | Dividend | J | T | buy | 5/13 | | | |
| 47. U.S. Treasury Note-Int-Prot-Due 7/15/13 | K | Interest | K | T | buy | 5/13 | | | |
| 48. U.S. Treasury Note-Int-Prot-Due 7/15/12 | K | Interest | K | T | buy | 5/13 | | | |
| 49. First Eagle Gold Fund, Clase A | J | Dividend | J | T | buy | 5/13 | | | |
| 50. Plum Creek Timber Co. | J | Dividend | J | T | buy | 5/13 | | | |
| 51. BHP Billiton Ltd. | J | Dividend | J | J | buy | 5/13 | | | |
| 52. TINT Bond-Due 11/15/12 | A | Interest | K | K | sold | 5/13 | | | |
| 53. TINT Bond-Due 11/15/13 | A | Interest | K | K | sold | 5/13 | | | |

| 1 Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Column C2) | Q Appraisal U Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat[ure]      Date _May 7, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black; padding:1em;">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544

</div>